1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TARI LEE BLAKESLEY,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 2:16-cv-00419-RBL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

THIS MATTER comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). The Court GRANTS plaintiff's *in forma pauperis* application, Dkt. 1, and ORDERS:

(1)    Plaintiff shall be issued summonses.

(2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to

//

//

1  USAWAW.SSAClerk@usdoj.gov.

2      IT IS SO ORDERED.

3      DATED this 24th day of March, 2016.

4

5

6                                                RONALD B. LEIGHTON
7                                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2